**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **DOCKET NO.: 3:21CR00102-1 AN** |
| **vs.** | **ORDER ON 12B PETITION TO MODIFY CONDITIONS OR TERM OF SUPERVISION** |
| **Jason Alan Oberst** | |

Based on the *Petition for Modification of Conditions or Term of Supervision* filed on January 12, 2026, regarding the above-name defendant, **IT IS HEREBY ORDERED that,**

☐   No Action

☒   **Special Condition #19. You must complete an assessment to determine if gambling addiction treatment is necessary.**

**Special Condition #20. If assessed as needing gambling addiction treatment, you must participate in a gambling addiction treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).**

**Special Condition #21. If assessed as needing gambling addiction treatment, you must not engage in any form of gambling (including, but not limited to, lotteries, on-line wagering, sports betting) and you must not enter any casino or other establishment where gambling is the primary purpose (e.g., horse race tracks, off-track betting establishments).**

☐   Submit a Request for Warrant or Summons.

☐   Court orders the defendant to appear for a status hearing schedule for

**DATED** this ___13th___ day of January, 2026,

_____
The Honorable Adrienne Nelson
U.S. District Judge

Order on Petition to Modify Conditions or Term of Supervision **- 3:21CR00102-1 MO**